467 A.2d 1302

**COMMONWEALTH of Pennsylvania**

v.

**Richard KANEGIS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 24, 1983.

Decided Dec. 5, 1983.

David Rudovsky, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Div., Alan J. Sacks, Asst. Dist. Attys., for appellee.

Before ROBERTS, C.J., and NIX, LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON and ZAPPALA, JJ.

### ORDER

PER CURIAM.

The Judgment of Sentence is affirmed.